YOUNGSTOWN, OHIO UNITED STATES DISTRICT COURT
THOMAS D. LAMBROS FEDERAL BUILDING
125 MARKET STREET, YOUNGSTOWN, OHIO
44503

Marcus Ramos SR & Family (Plaintiff)

V.

Lorain County Children Services (Defendant)

Individuals Under the Umbrella of The Agency

1.) Todd Esterburg (Caseworker)
2.) Nancy Griffiths (Supervisor Caseworker)
3.) Scott Ferris (Head Director of LCCS)
4.) Kristen Fox Berki (Co Director of LCCS)
5.) Milagros Marrero (Caseworker of LCCS)
6.) Michelle Hunt (Supervisor of LCCS)

Case Number: New Case
Date: June 7, 2020
Judge:
Magistrate Judge:

1:20CV 1388
JUDGE GWIN
MAG. JUDGE RUIZ

---

COMPLAINT FOR LAWSUIT IN MULTIPLE CRIMINAL/CIVIL RIGHTS
DAMAGES AGAINST LCCS

---

COVER PAGE:

## NARRATIVES AND FACTS ON THE COMPLAINT

In this case our family is filing a lawsuit complaint for the following and against the following agency of child protection services, in this case their was a domestic violence that happened in Mahoning County, Ohio that was dropped in lower courts of Mahoning County, Ohio also with a civil protection order against father was also dismissed in county court of Mahoning County, Ohio. The family resided in Mahoning County, Ohio since moving from Chicago, IL.

After a couple of weeks later mother went to Lorain County, Ohio to visit her mother while children still resided in Mahoning County, Ohio with father going to school in Youngstown, Ohio on April 17, 2017 LCCS caseworker Todd Esterburg went over to 1006 W. 21st Street harassing the pregnant mother asking mother Lametra Phillips I am here investigating what happened in Mahoning County, Ohio in which the caseworker of LCCS didn't have no grounds to investigate anything that happened in Mahoning County, Ohio it wasn't his jurisdiction to do nothing even a follow up.

In the beginning of May 2, 2017 the caseworker finds his way from Lorain County, Ohio to Mahoning County, Ohio over 88.8 miles away from each other and that's a long drive to worry about some children that is residents of Mahoning County, Ohio!! So therefore Todd Esterburg traveled to 48 West Philadelphia Ave Youngstown, Ohio Marcus Ramos SR myself got into a heated conversation he had turned red in the face decided to leave and slam my door and popped my 1 year old daughter in the forehead my daughter LR started crying scaring her and that's when my uncle Dion pulled up to hold me back. Going fourth with my family black family that lived in Youngstown, Ohio for 8 months the agency supervisor Nancy Griffiths and the head director of LCCS Scott Ferris kept having his caseworkers and supervisors call the police in Youngstown, Ohio over to my home arrested me for false allegations against myself in front of my daughters and family it was shameful and it had me down.

On May 30, 2017 I took myself and my family downtown in Youngstown, Ohio the county of Mahoning County, Ohio at the courthouse and filed myself a Civil Protection Order to protect myself and my family away from the following individuals from Lorain County Children Services on June 6th 2017 Mr. Todd Estereburg was served papers from the courtesy of Lorain County Sheriff Department later in the day of June 6, 2017 Mr. Esterburg calls my phone making statements of how he was going to come down and take my children away and how he was going to pin cases against me from me to get my kids back. On June 8, 2017 Todd Esterburg and company of individuals came down to Youngstown, Ohio came near my children kidnapped them when I had proven open civil protection order case opened against the LCCS caseworker the hearing was on June 12, 2017 which I was arrested on June 8, 2017 making upset comments.

LCCS also went by Lametra Phillips and my child during the case was still open.

## SUING FOR DAMAGES AND CRIMINAL DAMAGES AGAINST LCCS

The following is the damages and criminal damages against LCCS agency all evidence is attached to the complaint against Lorain County Children Services all evidence is updated to the best of its knowledge the following reasons why we are suing.

1.) Civil Protection Order: Once served a civil protection order it doesn't even matter about it wasn't a civil protection order attached the case was filed and it was served upon the individual on the case 17CV 1348 on June 6, 2017 so how did a county even get involved against this family when nothing even happened in Lorain County, Ohio nothing everything happened in Mahoning County, Ohio and the children under Ohio Juvenile Rule 10

(A) Filing. Any person having knowledge of a child who appears to be a juvenile traffic offender, delinquent, unruly, neglected, dependent, or abused may file a complaint with respect to the child in the juvenile court of the county in which the child has a residence or legal settlement, or in which the traffic offense, delinquency, unruliness, neglect, dependency, or abuse occurred.

(B) Persons filing complaints that a child appears to be an unruly or delinquent child for being an habitual or chronic truant and the parent, guardian, or other person having care of the child has failed to cause the child to attend school may also file the complaint in the county in which the child is supposed to attend public school.

(C) Any person may file a complaint to have determined the custody of a child not a ward of another court of this state, and any person entitled to the custody of a child and unlawfully deprived of such custody may file a complaint requesting a writ of habeas corpus. Complaints concerning custody shall be filed in the county where the child is found or was last known to be.

So just reading Ohio Juvenile Rule 10 the children was last seen in Mahoning County, Ohio the city of Youngstown, Ohio Lorain County Children Services went to their own courts to open up a case known that Lorain County Children Services was supposed to go too Mahoning County, Ohio Juvenile courts but didn't. Lorain County Children Services exactly knew where the children were at in Mahoning County, Ohio. This is one faction of the damages that our family is suing laws was broken.

2.) Kidnapped my children to protect their benefits of money in their pockets during the pending case of Civil Protection Order.

3.) Premeditation the agency including the caseworkers knew when mother Lametra Phillips due date was for her child newborn baby boy on June 8, 2017 the agency claims that Marcus Ramos SR was danger towards his children but let the father keep his children for two months anything could've happened to the children under the false allegations of Lorain County Children Services, because they knew when Lametra Phillips due date was so the agency plotted and planned this take away and did a modern day lynching on my family attacked me in front of my children slammed dunked me on my head snatched my daughter up off the potty but naked.

These are the following reasons our family is suing the agency of Lorain County Services and the individuals under the agency that works for LCCS short for Lorain County Children Services.

## FAMILY CONDITIONS ON WHAT WE ARE LOOKING FOR

We as a family is looking for the US District Courts of Youngstown, Ohio to return our children and to redo anything that happened in the last few years to be owed to our family after the wrongfully doings of LCCS and their caseworkers breaking the laws.

It says nobody is the above law and that should be against everyone including the caseworkers of every agency of child protection we are looking forward of our children being returned back home to us we also want the US District court of Youngstown, Ohio approve a 1.7 million dollar lawsuit to be given to my family for the pain and suffering we have endured for three years without our children with no evidence of abuse or neglect or dependence our children was safe and well taken care of before Lorain County Children Services and there following caseworkers pulled and modern day lynching upon my family almost killing my family Mahoning County Sheriff Department pull guns out towards my family and children.

Our family wants criminal charges upon the following individuals for kidnapping my children from Mahoning County, Ohio and traveled all the way to Lorain County, Ohio with my children anything could've happened to my children in the hands of the LCCS caseworkers.

1.) Todd Esterburg (Caseworker of LCCS)
2.) Nancy Griffiths (Supervisor Caseworker of LCCS)
3.) Scott Ferris (Director of LCCS)
4.) Kristen Foxx Berki (Co Director of LCCS)

The family wants US District Prosecutors to investigation these individuals for falsely making a case and creating pain and suffering towards our family breaking our family civil rights and busting down our human rights and kidnapping our children from Mahoning County, Ohio and plotting and planning to ripe our children away for no reason at all.

## SERVICES TO THE FOLLOWING

1.) Todd Esterburg (LCCS Caseworker)
226 Middle Ave Elyria, Ohio 44035

2.) Nancy Griffiths (Supervisor Caseworker for LCCS)
226 Middle Ave Elyria, Ohio 44035

3.) Kristen Foxx Berki (Co Director of LCCS)
226 Middle Ave Elyria, Ohio 44035

4.) Michelle Hunt (Supervisor Caseworker of LCCS)
226 Middle Ave Elyria, Ohio 44035

5.) Milagros Marrero (Caseworker for LCCS)
226 Middle Ave Elyria, Ohio 44035

6.) Scott Ferris (Director of LCCS)
226 Middle Ave Elyria, Ohio 44035

7.) Emily Kirsch (Lorain County Assistant Prosecutor)
225 Court Street, Elyria, Ohio 44035

8.) Lametra Phillips (Mother to this lawsuit and children)
2017 Emerson Ave North Apt 11 Minneapolis, MN 55411

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the following has been served on all parties on this case via by mail on June 7, 2020.

Respectfully Submitted:

Contact Information:

Name: Marcus Ramos SR
Address: P.O. Box 3484
Minneapolis, MN
55414 55403
Email: ramosfamilyfoundation2020@outlook.com
Phone: (715)714-4605

Signature: _____

Date: June 7, 2017

FROM: Marcus Ramos SR
P.O. Box 3484
Minneapolis, MN
55403



TO: U.S. District Court,
125 Market St, Youngstown
Ohio
44503